**BRIXHAM SOLUTIONS, LTD., Appellant**

v.

**JUNIPER NETWORKS, INC., Appellee**

2016-1178

United States Court of Appeals, Federal Circuit.

October 6, 2016

GEORGE C. SUMMERFIELD, JR., Stadheim & Grear, Ltd., Chicago, IL, argued for appellant. Also represented by ROLF STADHEIM.

REBECCA CARSON, Irell & Manella LLP, Newport Beach, CA, argued for appellee. Also represented by NIMA HEFAZI; JONATHAN STUART KAGAN, Los Angeles, CA.

(Dyk, O'Malley, and Stoll, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**